**JC POOL AND SPA, INC., Respondent**

v.

**Arie OREN, Petitioner**

**No. 714 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Gregory BRAGG, Appellant**

**No. 31 EAP 2016**

Supreme Court of Pennsylvania.

ARGUED: May 9, 2017
August 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Order of the Superior Court is **AFFIRMED.**

Justices Donohue and Wecht did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Arthur PHILLIPS, Petitioner**

**No. 84 WAL 2017**

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**